**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IRONWORKERS LOCAL 397 PENSION
FUND, et al.,

    Plaintiffs,

v.                                                                                                  Case No.  8:09-cv-2089-T-30MAP

B & N WELDING & FABRICATION, INC.,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    The Court has been advised via a Joint Stipulated Notice of Voluntary Dismissal With Right to Reopen (Dkt. #13) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on September 21, 2010.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2009\09-cv-2089.dismiss 13.wpd